

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:16 - MJ -1282 |
| v. | |
| Gredy l Arisai l Sanchez - Aguilar | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of ____defendant____, IT IS ORDERED that a detention hearing
is set for __6/24/16__, _____, at __11:00__ ☐a.m. / ☐p.m. before the
Honorable __Jacqueline Chooljian__, in Courtroom __20, 3rd floor__.
__312 N. Spring Street, LA, CA 90012__
Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.

*(Other custodial officer)*

Dated: __6/22/16__          _____
                            U.S. District Judge/Magistrate Judge