FILED
CLERK U.S. DISTRICT COURT
JUN 2 4 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Gredyl Arisai Sanchez-Aguilar DEFENDANT(S). | CASE NUMBER 16-MJ-1282 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is ~~set for~~ continued to __6/28/16__, at __12:30__ ☐ a.m. / ☑ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __341 / Criminal Duty__. Roybal Courthouse

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __6/24/16__

__[signature]__
U.S. District Judge/Magistrate Judge